| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **CIVIL CONFERENCE** |
| **EASTERN DISTRICT OF NEW YORK** | **MINUTE ORDER** |

BEFORE:  A. KATHLEEN TOMLINSON          DATE:  1-26-2021
         U.S. MAGISTRATE JUDGE          TIME:  10:30 a.m. (7 minutes)

**Tanjapatkul, et al. v. Cha Lom Thai Inc., et al.
CV 20-4543 (GRB) (AKT)**

TYPE OF CONFERENCE:          **TELEPHONE INITIAL CONFERENCE**

APPEARANCES:   Plaintiff:    Clela Alice Errington

               Defendants:   Thomas E. Berinato

FTR (through teleconference line):   10:35 – 10:42

THE FOLLOWING RULINGS WERE MADE:

    Counsel reported today that they are close to settling this matter.  I have given the parties until February 16, 2021 to do so and to advise the Court in writing by that date whether settlement has been achieved.  If it has, the Court will give the parties a date to submit the Settlement Agreement for *Cheeks* review by Judge Brown. If not, the Court will proceed to implement the discovery plan and Case Management Order.

    Defendant are to file their Answer on ECF no later than the close of business tomorrow, January 27, 2021.

                                    **SO ORDERED.**

                                    /s/ A. Kathleen Tomlinson
                                    A. KATHLEEN TOMLINSON
                                    U.S. Magistrate Judge